PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Report on Offender under Supervision

Name of Offender:  Hjalmer Spotted Bear          Case Number:   0868 1:20CR00129

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  May 11, 2021

Original Offense:       Assaulting and Resisting a Federal Officer – 18 U.S.C. § 111(a)(1)

Original Sentence:      18 Months with Credit for Time Served // 2 Years TSR

Type of Supervision: TSR           Date Supervision Commenced: 9/13/2021

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **On September 20, 2021, Mr. Spotted Bear was terminated from Centre, Inc. Residential Re-entry Center due to repeated inappropriate behavior towards staff and residents.** This is in violation of Special Condition #7, which requires the defendant to cooperate with all rules and regulations of the facility. |

U.S. Probation Officer Action:

On September 15, 2021, upon intake into Centre, Inc. Fargo, Mr. Spotted Bear began inappropriately interacting with Centre employees, to include asking female staff to pick up items "so I can watch you pick them up" and calling them "little girls" among other inappropriate terms. Staff attempted to redirect these disrespectful interactions multiple times, however Mr. Spotted Bear was not compliant with these directives.

On September 16, 2021, this officer and Centre case management services met with Mr. Spotted Bear. Through interaction, Mr. Spotted Bear appeared to be responding to internal stimuli. Mr. Spotted Bear has a history of schizophrenia spectrum psychosis, both audio and visual. It is of note Mr. Spotted Bear was not assessed for nor prescribed any psychiatric medication while in the Bureau of Prisons. This officer coordinated Southeast Human Service Center (SEHSC) crisis team services, and they subsequently met with Mr. Spotted Bear on September 17, 2021. A safety plan was created with this officer, Mr. Spotted

PROB 12A
(Rev. 2/13)

Spotted Bear, Hjalmer
0868 1:20CR00129

Bear, Centre staff, and SEHSC. Additionally, an emergency psychiatric doctor was scheduled for September 20, 2021.

On September 18 and 19, 2021, further inappropriate incidents occurred, including Mr. Spotted Bear drinking hand sanitizer, spitting on objects and attempting to give the items to female staff, screaming at other residents, and verbalizing highly inappropriate comments towards staff. Additionally, Mr. Spotted Bear destroyed Centre property through carving a pentagram into the carpet of his room with a pen.

On September 20, 2021, this officer, SEHSC crisis team, and a psychiatrist met with Mr. Spotted Bear. Through assessment by the psychiatrist, it was determined an emergency psychiatric hold was appropriate for Mr. Spotted Bear to be further assessed. Additionally, Centre case management indicated they would be terminating his placement given the continued inappropriate behavior towards staff and residents. Mr. Spotted Bear was transported to Sanford Psychiatric Unit with assistance from Fargo Police, SEHSC, and this officer. It is of note crisis team services indicated Mr. Spotted Bear was in a severe psychosis state prior to being taken to the hospital.

A referral to the North Dakota State Hospital was requested by the Sanford Psychiatric Unit and approved by SEHSC. As of this last week, Mr. Spotted Bear completed his intake at the State Hospital for further psychological testing, medication stabilizing services, and cognitive-behavioral programming. This officer will continue to monitor Mr. Spotted Bear's progress in engaging with mental health services at the ND State Hospital for the purpose of stabilization. Additionally, this officer will coordinate services with SEHSC and the ND State Hospital to ensure ongoing mental health services are applied to Mr. Spotted Bear when released from the State Hospital. No Court action is respectfully recommended at this time.

Respectfully submitted,
/s/ Alexander Ganzemiller
U.S. Probation Officer
Date: October 1, 2021

☐ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☑ Other

*Reviewed*

Signature of Judicial Officer

3 Oct. 2021
Date