IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HJALMER SPOTTED BEAR,<br><br>Defendant. | 1:20-cr-129<br><br>DEFENDANT'S MOTION FOR PSYCHOLOGICAL EVALUATION |

The Defendant, Hjalmer Spotted Bear, by and through his attorney, Chief North Dakota Trial Attorney Erin S. Bolinger, moves this Court pursuant to 18 U.S.C. § 4241 for an Order directing that Mr. Spotted Bear submit to a competency examination to be conducted by the Bureau of Prisons Medical Facility. This Motion is based on the attached Memorandum filed in support of said Motion.

Dated this 30th day of November, 2022.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/ Erin Bolinger*
Erin Bolinger
Chief North Dakota Legal Counsel
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 West Broadway Avenue, Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
filinguser_SDND@fd.org