Local AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

### District of North Dakota

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **Hjalmer Spotted Bear** | |
| | Case No.  **1:20-cr-129** |
| | USM No. **09179-059** |
| | **Erin Bolinger** |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)    __Mand.; Stand; Spec. 1__    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Mr. Spotted Bear was instructed to contact the U.S. Probation Office monthly via telephone. His last contact with Probation was on 6/16/22. Probation attempted multiple home visits and phone calls. He absconded from supervision and his (Cont. pg 2) | 6/16/22 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:
_____

__October 10, 2024__
Date of Imposition of Judgment

_____
Signature of Judge

**Daniel M. Traynor          U.S. District Judge**
Name and Title of Judge

__10 October 2024__
Date

Local  AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
             Sheet 1A

Judgment—Page ___2___ of ___3___

DEFENDANT:  Hjalmer Spotted Bear
CASE NUMBER:  1:20-cr-129

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 1. continued | whereabouts were unknown at the time the petition was filed. | |
| 2. | On or about 3/18/22, Mr. Spotted Bear admitted to drinking a 40 oz. bottle of beer several days prior. | 3/18/22 |
| 3. | On or about 3/16/22, Mr. Spotted Bear was arrested by the Bismarck Police Dept. and charged with Actual Physical Control (Misdemeanor).  He was found in the driver's seat of a vehicle under the influence of alcohol. | 3/16/22 |
| 4. | On or about 6/19/22, Mr. Spotted Bear was charged with Forgery/ Counterfeiting (Misdemeanor).  He was contacted by the Bismarck Police Dept. at a liquor establishment after he attempted to use a counterfeit $100 bill to purchase $6.59 worth of merchandise.  The case is pending. | 6/19/22 |

Local  AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT:  **Hjalmer Spotted Bear**
CASE NUMBER:  **1:20-cr-129**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**TIME SERVED.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at  _____  ☐  a.m.   ☐  p.m.   on  _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on  _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL